**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest C. Miranda, Jr., <br>     Plaintiff, <br> v. <br> Jo Anne B. Barnhart, Commissioner, Social Security Administration, <br>     Defendant. | CIV-04-0462-PHX-LOA <br><br> **O R D E R** |

    The Court, having considered defendant's Motion for Enlargement of Time Within Which to File a response to Plaintiff's Motion for Award of Attorney's Fees Under 42 U.S.C. § 406 (b) (First Request), and good cause appearing,

    IT IS ORDERED granting defendant's motion and extending the time within which defendant may respond to plaintiff's Motion for Award of Attorney's Fees Under 42 U.S.C. §406 (b) to and including 26th day of June 2006.

    DATED this 30th day of May, 2006.

                                */s/ Lawrence O. Anderson*
                                Lawrence O. Anderson
                              United States Magistrate Judge